David J. BARRY, et al., Plaintiffs–
Appellants,

v.

Kirk FORDICE, Governor, in his capacity
as Chairman and Commissioner of the
State Bond Retirement Commission and
in his capacity as Commissioner of the
State Bond Commission, et al., Defen-
dants–Appellees.

No. 92–7806.

United States Court of Appeals,
Fifth Circuit.

Nov. 10, 1993.

Paul M. Neville, Minniece, Hamill, Wilson,
Mitts & Neville, Jackson, MS, for plaintiffs-
appellants.

T. Hunt Cole, Jr., Sp. Asst. Atty. Gen.,
Mike Moore, Atty. Gen., Jackson, MS, for
defendants-appellees.

Before GARWOOD and BARKSDALE,
Circuit Judges, and WALTER,* District
Judge.

PER CURIAM:

Plaintiffs-appellants appeal the district
court's dismissal of their suit for want of
jurisdiction under the Eleventh Amendment.
We affirm for the reasons stated by the
district court in its opinion. *Barry v. Ford-
ice,* 814 F.Supp. 511 (S.D.Miss.1992).

AFFIRMED.